UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 04-02029-5-ATS |
| | ) | Chapter 7 |
| ARMFIELD FLOOR DISTRIBUTION, INC., | ) ) | |
| | ) | |
| Debtor. | ) | |

## REPORT OF UNCLAIMED DIVIDENDS

**NOW COMES** Gerald A. Jeutter, Jr., Chapter 7 Trustee for the above-named Debtor, and respectfully shows the Court:

1. That on May 25, 2010, the following checks were issued:

| **Name of Claimant & Address** | **Claim Number** | **Amount of Check** |
|---|---|---|
| Resto Flooring Remnants, Inc.<br>1801 Carters Grove Drive<br>Silver Springs, MD 20904 | 1 | $112.16 |
| Peace Flooring Co., Inc.<br>Post Office Box 87<br>Magnolia, AR 71754 | 3 | $23.18 |
| Wood Flooring International, Inc.<br>1810 Underwood Blvd.<br>Delran, NJ 08075 | 4 | $393.18 |
| Nottingham Wood Products, Inc.<br>1352 E. Main Street<br>Newport, VT 05855 | 7 | $70.21 |
| Lancaster Schuermann Co.<br>Post Office Box 751591<br>Charlotte, NC 28275 | 15 | $60.79 |
| Stanley Fastening, Inc.<br>Post Office Box 371929<br>Pittsburgh, PA 15251 | 37 | $59.99 |
| **TOTAL:** | | **$719.51** |

2.  That either more than 90 days have elapsed since the issuance of said checks and claimants have not presented said checks for payment, or said checks have been returned by the United States Postal Service and either marked "moved, left no address, unable to forward, or undeliverable as addressed".

**WHEREFORE**, Gerald A. Jeutter, Jr., Chapter 7 Trustee, desires to pay into the Court the unclaimed dividends as stated herein pursuant to 11 U.S.C. §347.

Respectfully submitted, this the 22nd day of September, 2010.

Gerald A. Jeutter, Jr., Chapter 7 Trustee
North Carolina State Bar No. 17724
Post Office Box 12585
Raleigh, North Carolina 27605
Telephone No. 919-334-6631
Facsimile No. 919-833-9793
E-mail: jeb@jeutterlaw.com

## **CERTIFICATE OF SERVICE**

I, Pat Bryan Lyles, do hereby certify that the **Report of Unclaimed Dividends**, hereto attached, was served this day upon the parties listed below by mailing a copy thereto to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service or where so indicated, by electronic means, hand delivery, email, fax and/or overnight courier on the ____ day of September, 2010:

SERVED:

Marjorie K. Lynch, Esquire
Bankruptcy Administrator
434 Fayetteville Street, Suite 620
Raleigh, North Carolina 27601
marjorie_lynch@nceba.uscourts.gov

Pat B. Lyles, Paralegal
Gerald A. Jeutter, Jr., Attorney at Law, PA
Post Office Box 12585
Raleigh, North Carolina 27605
Telephone: 919-334-6631